UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MC TOBACCO & DISCOUNT, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-00244 NONE JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 10) |

　　　　The plaintiff report that they have settled the matter and indicate they will seek dismissal of the action soon. (Doc. 10) Thus, the Court **ORDERS**:

　　　　1.　　The stipulation to dismiss the action **SHALL** be filed **no later than May 21, 2021**;

　　　　2.　　All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**


IT IS SO ORDERED.

　　Dated:　**April 5, 2021**　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE