UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>MC TOBACCO & DISCOUNT, et al.,<br><br>    Defendants. | Case No. 1:21-cv-00244 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS CASE<br>(Doc. 12) |

The plaintiff has filed a voluntary dismissal with prejudice under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(I). (Doc. 12) Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

    Dated: __**May 21, 2021**__          _____ **/s/ Jennifer L. Thurston**
                                                             CHIEF UNITED STATES MAGISTRATE JUDGE